ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    INFORMATION
                                 :
          - v. -                 :    07 Cr. 590
                                 :
MICHAEL WILEY,                   :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

1.   On or about September 5, 2006, in the Southern District of New York, MICHAEL WILEY, the defendant, unlawfully, wilfully and knowingly did possess and cause to be present a firearm or other dangerous weapon in a Federal facility, to wit, WILEY possessed a stun gun inside the Veterans Affairs Hudson Valley Healthcare System at Castle Point, New York.

(Title 18, United States Code, Section 930(a).)

                                    _____
                                    MICHAEL J. GARCIA
                                    United States Attorney