**Vacated** 9/19/07

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

**United States District Court**

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

DOCKET NO. 07cr590

MAGISTRATE'S CASE NO.

UNITED STATES OF AMERICA

v.

MICHAEL WILEY

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED: MICHAEL WILEY

Vacated
SO ORDERED: _____
Hon. George A. Yanthis
United States Magistrate Judge
9/19/07

WARRANT ISSUED ON THE BASIS OF: X Order of Court
Indictment   Information   Complaint

DISTRICT OF ARREST

CITY

TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Violation of conditions of pretrial release

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION

BAIL | OTHER CONDITIONS OF RELEASE

ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) George A. Yanthis | DATE ORDERED 9/18/07

CLERK OF COURT: J.M. McMAHON | (BY) DEPUTY CLERK | DATE ISSUED 9/18/07

## RETURN

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER

DATE EXECUTED

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.